UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | x : : | |
| - v. - | : : | AMENDED GOVERNMENT'S |
| MAXIMILIEN DE HOOP CARTIER, | : | FORFEITURE BILL |
| LEONARDO DE JESUS ZULUAGA DUQUE, | : | OF PARTICULARS |
| ERICA MILENA LOPEZ ORTIZ, | : | |
| FELIPE ESTRADA ECHEVERRY, | : | S2 24 Cr. 133 (MKV) |
| ALEXANDER EGIDIO AREIZA CEBALLOS, and | : | |
| ADRIAN FERNANDO AREIZA CEBALLOS, | : : | |
| Defendants. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One, Two, Five, and Six of Indictment S2 24 Cr. 133 (MKV) against MAXIMILIEN DE HOOP CARTIER, LEONARDO DE JESUS ZULUAGA DUQUE, ERICA MILENA LOPEZ ORTIZ, FELIPE ESTRADA ECHEVERRY, ALEXANDER EGIDIO AREIZA CEBALLOS, and ADRIAN FERNANDO AREIZA CEBALLOS (the "Defendants"), and as alleged in the forfeiture allegations and/or substitute asset provision therein, includes the following amounts of Tether ("USDT") cryptocurrency:

    a.  290,357.42414 USDT seized from wallet TWdGDJMN9GpHTBfd9LqP42m12XZwh5UXx1 and currently stored in TLbnaPrVMjRxDZgvYkiCaiPXXQ8gbCUnEK;

    b.  1,091,542.18751 USDT seized from wallet TNGhBAHxDe9y4kS5X643Nyjy1sxsaxxNin and currently stored in TLbnaPrVMjRxDZgvYkiCaiPXXQ8gbCUnEK;

    c.   376,264.33597 USDT seized from wallet TKRJF3wkh6y5GyEpyLxYryezBymbjHWuyz and currently stored in TLbnaPrVMjRxDZgvYkiCaiPXXQ8gbCUnEK; and

    d.   138,468.18336 USDT seized from wallet TTNtSdfAhNmRVn1qVbejyARxz7tcKHGeiX and currently stored in TLbnaPrVMjRxDZgvYkiCaiPXXQ8gbCUnEK.

Dated: New York, New York
       March 17, 2025

                     Respectfully Submitted,

                     MATTHEW PODOLSKY
                     Acting United States Attorney

By:         /s/
                     JENNIFER N. ONG
                     Assistant United States Attorney
                     Telephone: (212) 637-2224