

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/23/25_____

LORRAINE GAULI-RUFO, ESQ.

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

HANNAH EAVES, ESQ

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

May 22, 2025

*Via Email*
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE: USA v. Felipe Estrada Echeverry
         24-CR-133 (MKV)

Dear Judge Vyskocil,

  I was appointed to represent Felip Estrada Echeverry in this matter on May 19, 2025, the date of his initial appearance. I was informed of the CJA appointment of Mr. Estrada Echeverry last week, and spoke to the Government on May 14, 2025, to obtain background information regarding the case, and to arrange for our client's initial appearance. I also had a lengthy conversation with Mr. Estrada Echeverry on the date of his arrival into the United States which was Friday night, May 16, 2025, and spoke to his family on Saturday, May 17, 2025. Therefore, because my work on the case began the week prior to my actual appointment in this matter, I am respectfully requesting that Your Honor order my CJA appointment on the nunc pro tunc date of May 14, 2025. If Your Honor would prefer that we bring this letter request before the Magistrate, kindly let us know.

Your Honor's time and consideration to this request is greatly appreciated.

Respectfully Submitted,

*Lorraine Gauli-Rufo*

Lorraine Gauli-Rufo, Esq.
Attorney for Felip Estrada Echeverry

GRANTED.
SO ORDERED.

Date: _5/23/25_____
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge