

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, New York 10278*

May 29, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2025
```

**BY ECF/EMAIL**
Honorable Mary K. Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Felipe Estrada Echeverry*, 24 Cr. 133 (MKV)
            *United States v. Adrian Fernando Areiza Ceballos*, 24 Cr. 133 (MKV)

Dear Judge Vyskocil:

    The parties respectfully submit this letter to request a brief adjournment of the next-scheduled status conference, which is currently set for June 11, 2025 at 2:30pm. Felipe Estrada Echeverry and Adrian Fernando Areiza Ceballos were both arrested on May 16, 2025. Areiza Ceballos was presented and arraigned before Magistrate Judge Figueredo on May 17, 2025. (Dkt. No. 91). Estrada Echeverry was presented and arraigned before Magistrate Judge Lehrburger on May 19, 2025. (Dkt. No. 93).

    Due to a conflicting medical appointment on June 11, 2025, the parties jointly request that the status conference be rescheduled to the morning of June 17 or the afternoon of June 18, 2025.

    In addition, the parties request that the Court exclude time under the Speedy Trial Act until the date of the next scheduled status conference. The parties respectfully submit that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it will allow for the parties to prepare and review discovery, contemplate any pretrial motions, and discuss a potential resolution without the need for trial.

[Continued on next page]

Page 2

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by: /s/_____
Jennifer Ong
Assistant United States Attorney
(212) 637-2224

cc: Lorraine Gauli-Rufo, Esq. (via email and ECF)
Jean Barrett, Esq. (via email and ECF)

**IT IS HEREBY ORDERED that the conference scheduled for June 11, 2025 at 2:30 PM is ADJOURNED to June 30, 2025 at 11:00 AM.**

**IT IS FURTHER ORDERED that all time is excluded under the Speedy Trial Act from today until June 30, 2025. The Court finds that the exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it will allow for the parties to prepare and review discovery, contemplate any pretrial motions, and discuss a potential resolution without the need for trial.**

**SO ORDERED.**

Date: 5/29/2025
New York, New York

Mary Kay Vyskocil
United States District Judge