```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
```

In re:                                    :
                                          :   Docket #24cr133/
 UNITED STATES OF AMERICA,                :   24mg734
                                          :
                 Plaintiff,               :
                                          :
   - against -                            :
                                          :
 ECHEVERRY, FELIPE ESTRADA,               :   New York, New York
                                              May 19, 2025
                 Defendant.               :
                                          :
--------------------------------------- :

                        PROCEEDINGS BEFORE
               THE HONORABLE ROBERT W. LEHRBURGER,
                  UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:          UNITED STATES ATTORNEY'S OFFICE
                        BY:  DANIEL ROQUE, ESQ.
                        One St. Andrew's Plaza
                        New York, New York 10007

For the Defendant:      LGR LAW, LLC
                        BY:  LORRAINE GAULI-RUFO, ESQ.
                        6 Pompton Avenue, Suite 25
                        Cedar Grove, New Jersey 0700

Also Present:           SPANISH INTERPRETER




Transcription Service:  Carole Ludwig, *Transcription Services*
                        155 East Fourth Street, #3C
                        New York, NY 10009-7360

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

**INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** |
| --- | --- | --- | --- | --- |
| None | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
| --- | --- | --- | --- | --- |
| None | | | | |

```
 1                        PROCEEDING                         3

 2              THE CLERK:  We're here in the matter for
 3   initial appearance, U.S. v. Felipe Estrada Echeverry,
 4   24cr133.  Attorneys, please state your name for the
 5   record, starting with the Government.
 6              MR. THOMAS JOHN WRIGHT:  Good afternoon, Your
 7   Honor, Daniel Roque on behalf of the Government.
 8              MS. LORRAINE GAULI-RUFO:  Good afternoon, Your
 9   Honor, Lorraine Gauli-Rufo seeking appointment on behalf
10   of Felipe Estrada Echeverry, Your Honor.
11              THE COURT:  All right, good afternoon, all.
12   Good afternoon, Mr. Estrada.  Everyone please be seated.
13   Mr. Echeverry, I don't know if you go by Estrada or
14   Echeverry, but I'll go by Echeverry.  I see you're using
15   the services of an interpreter.  Can you hear and
16   understand everything the interpreter is saying?
17              MR. ECHEVERRY:  Yes.
18              THE COURT:  So my name is Judge Lehrburger, and
19   you are here because you've been charged with a criminal
20   offense under an indictment.  There are several counts
21   in here, but it appears that you are only charged in
22   connection with the first count which is conspiracy to
23   commit money laundering.
24              The purpose of this proceeding is to advise you
25   of certain rights that you have, to make sure that you
```

2  have an attorney representing you, to make sure you've
3  been advised of the charges against you, and to
4  determine if there any conditions upon which you should
5  be released pending trial.  So I'm going to begin with
6  some of your rights.
7              You have the right to remain silent.  You're
8  not required to make any statements to authorities.  If
9  you've already made statements to authorities, you need
10 not make any further statements to them.  Any statements
11 that you do make can be used against you.
12             You have the right to be released, either on
13 conditions or without conditions, unless I determine
14 there are no set of conditions that can reasonably
15 assure the safety of the community or your presence at
16 future proceedings.
17             If you are not a U.S. citizen, you have the
18 right to request that a government attorney or a law
19 enforcement official notify a consular officer from your
20 country of origin that you've been arrested.  In some
21 cases, a treaty or other agreement requires notification
22 even without your request.
23             You have the right to be represented by an
24 attorney during all court proceedings, including this
25 one, and all questioning by authorities.  You have the

```
 1                        PROCEEDING                        5

 2  right to hire your own attorney , but if you cannot
 3  afford one, I will appoint one for you.  Do you
 4  understand your rights as I've explained them so far?
 5          MR. ECHEVERRY:  Yes.
 6          THE COURT:  So I'm now going to turn to
 7  appointment of counsel and to appoint the attorney for
 8  you.  I have before me a document that is titled a
 9  Financial Affidavit that is in your name, and let me ask
10  you, did you sign the financial affidavit, sir?
11          MR. ECHEVERRY:  Yes.
12          THE COURT:  Okay.  So I will remind you that
13  you have signed the Financial Affidavit under penalty of
14  perjury, that everything is true and correct.  So if
15  anything occurs to you later on that's not correct, just
16  litigation your attorney know, and I'm sure she'll take
17  care of it.  But based on what I see here, everything
18  looks in order, and I am appointing counsel for you.
19          All right, counsel, have you received a copy of
20  the indictment and reviewed it with your client?
21          MS. GAULI-RUFO:  Yes, Your Honor, I have.
22          THE COURT:  And does he waive a public reading?
23          MS. GAULI-RUFO:  Yes, he does, Your Honor.
24          THE COURT:  Okay, and I'll ask the Government
25  what're we doing with respect to detention or release?
```

```
 1                          PROCEEDING                        6

 2              MR. ROQUE:  Your Honor, my understanding is the
 3   parties are going to consent to detention.
 4              THE COURT:  Is that correct?
 5              MS. GAULI-RUFO:  That's correct, Your Honor.
 6              THE COURT:  Okay, so the defendant will be
 7   detained on consent without prejudice to a future
 8   application.  I neglected to ask the Government, what is
 9   the date and time of arrest please?
10              MR. ROQUE:  Your Honor, my understanding is the
11   defendant arrived in Westchester County Airport after
12   being extradited last Friday, May 16, at approximately
13   6:15 p.m. and that the presentment was waived until
14   today.
15              THE COURT:  Thank you.  All right, is this here
16   for arraignment or not?
17              MR. ROQUE:  Yes, Your Honor.
18              THE COURT:  Okay, then I will take a plea from
19   the defendant.  How does the defendant plead?
20              MS. GAULI-RUFO:  Not guilty, Your Honor.
21              THE COURT:  All right, a plea of not guilty
22   will be entered, and the defendant has been arraigned.
23   I remind the Government of its obligations under Brady
24   and its progeny to produce information to the defense,
25   and the failure to provide the requisite information can
```

```
 1                        PROCEEDING                         7

 2  have serious consequences.  Does the Government
 3  understand its obligation and will it comply?
 4           MR. ROQUE:  Yes, Your Honor.
 5           THE COURT:  All right, any application with
 6  respect to speedy trial?
 7           MR. ROQUE:  Your Honor, forgive me, I was just
 8  covering for a colleague today.  If I can confer with
 9  defense counsel for a moment about today's arraignment?
10           (pause in proceeding)
11           MR. ROQUE:  I apologize, Your Honor, for a
12  moment I was concerned whether this had been referred
13  for arraignment.  It has been.  I apologize for that.
14           THE COURT:  That's not a problem.  Is there a
15  date before the district judge?
16           MR. ROQUE:  Yes, Your Honor, June 11.
17           THE COURT:  All right.  And any further
18  applications from you?
19           MR. ROQUE:  No, Your Honor.
20           THE COURT:  Speed trial?
21           MR. ROQUE:  No, Your Honor.
22           THE COURT:  Okay.  All right, anything from the
23  defense?
24           MS. GAULI-RUFO:  Yes, Your Honor, just quickly.
25  Mr. Estrada Echeverry has hearing aids, and he has them
```

```
 1                          PROCEEDING                         8

 2  with him and they permitted him to take them.  The only

 3  thing is I believe they don't have batteries, and I

 4  think the batteries are dying for them.  I don't know if

 5  there's another way they, what they do in that

 6  situation, but I do have an order, medical order

 7  regarding the hearing aid.

 8            THE COURT:  Sure.  I'll take that.  All right,

 9  have signed that.  Anything else?

10            MR. ROQUE:  Your Honor, and so just to confirm,

11  because I confirmed that the defendant was referred to

12  arraignment, the Government does make a motion to

13  exclude time under the Speedy Trial Act to allow time

14  for the parties to discuss the next step in this matter,

15  a potential resolution, and to prepare for the

16  arraignment before Judge (indiscernible) on June 11.

17            THE COURT:  Okay, any objection from the

18  defense?

19            MS. GAULI-RUFO:  No objection, Your Honor.  All

20  right, the Court agrees that it's in the interest of

21  justice to exclude time and will be doing so until and

22  through June 11, 2025.  So anything else from the

23  Government?

24            MR. ROQUE:  No, Your Honor, thank you.

25            THE COURT:  Anything else from the defense?
```

```
 1                           PROCEEDING                        9

 2           MS. GAULI-RUFO:  No, Your Honor, thank you.

 3           THE COURT:  All right, adjourned on this

 4   matter.  Good luck to you, Mr. Echeverry.

 5           (Whereupon, the matter is adjourned.)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                                  10
```

```
                         C E R T I F I C A T E


        I, Carole Ludwig, certify that the foregoing
transcript of proceedings in the case of UNITED STATES
V. ECHEVERRY, Docket #24cr133, was prepared using
digital transcription software and is a true and
accurate record of the proceedings.



                       Carole Ludwig
Signature_____
             Carole Ludwig
Date:  May 22, 2025
```