

Lorraine@lgrlawgroup.com
WWW.LGAULIRUFO.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2025
```

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

October 1, 2025

Hon. Mary Kay Vyskocil
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *United States v. De Hoop Cartier et al., (Felipe Estrada Echeverry)*
       24 Cr. 133 (MKV)

Dear Judge Vyskocil:

    We represent defendant Felipe Estrada Echeverry in the above-referenced matter. We respectfully request an extension of time to file pretrial motions pursuant to Fed. R. Crim. P. 12, from the current due date of October 1, 2025, until October 22, 2025. Mr. Estrada Echeverry was initially arrested and detained in Colombia. Therefore, as was requested in co-defendant Duque's letter motion filed today, Mr. Estrada Echeverry would also request an opportunity to examine the issue in connection with the investigation that occurred in Colombia, in order to determine if there are any pretrial motions that should be brought as a result. Your Honor's time and consideration of this matter is greatly appreciated.

    Eli J. Mark, AUSA, on behalf of the Government has no objection to this request.

                            Respectfully Submitted,

                            Lorraine Gauli-Rufo, Esq
                            *Attorney for Felipe Estrada Echeverry*

cc: All Counsel of Record

**Granted. SO ORDERED.**

Date: 10/1/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge